

**E.N. BISSO & SON, INC.**
1 Walnut Street, New Orleans, LA 70118
504-828-3296  billing@enbisso.com

Invoice # 142662
Date 6/25/2019

**Bill To**
TUG BOUCHARD GIRLS / B-295 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY  11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
ASSOCIATED FEDERAL PILOTS & DOCKING MASTERS OF LOU

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 06/07/2019-06/07/2019 | SUGARLAND (SHELL) - ST. JAMES | 158.6 | |

| JOB # | DESCRIPTION | | | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 25300 | **Land** | 06/07 | 02:20 | ARCHIE T HIGGINS | 1.00 | 1,705.00 | 1,705.00 |
| | PO # : 295140607 | | | | | | |
| 25313 | **Hold In** | 06/07 | 03:35 -10:40 | ARCHIE T HIGGINS | 7.00 | 685.00 | 4,795.00 |
| | Hold In | 06/07 | 10:40 -21:00 | MR JONAH | 10.50 | 685.00 | 7,192.50 |
| | PILOT REQUESTED / HIGH RIVER | | | | | | |
| | PO # : 295140607 | | | | | | |
| 25345 | **Turn For Downriver** | 06/07 | 21:00 | VALENTINE MORAN | 1.00 | 1,705.00 | 1,705.00 |
| | PO # : 295140607 | | | | | | |
| | **Fuel Surcharge** | | | | 15,397.50 | 16.00% | 2,463.60 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.

728

**TERMS**
Net 30 Days

**Amount Due**
**By : 07/25/2019**
$17,861.10

**Provide Remittance Details to:**
billing@enbisso.com

**EFT Instructions**
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 412 462 6300
SWIFT: WFBIUS6S
**INCLUDE INVOICE #**

**EXHIBIT C**





**E.N. BISSO & SON, INC.**
1 Walnut Street, New Orleans, LA 70118
504-828-3296 billing@enbisso.com

Invoice # 142670
Date 6/25/2019

**Bill To**
TUG BOUCHARD GIRLS / B-295 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY  11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 06/07/2019-06/07/2019 | GRANDVIEW ANCHORAGE | 146.5 | |

| JOB # | DESCRIPTION | | | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 25346 | **Head Up And Anchor** <br> PO # : 295140607 | 06/07 | 22:30 | VALENTINE MORAN | 1.00 | 1,705.00 | 1,705.00 |
| | **Fuel Surcharge** | | | | 1,705.00 | 16.00% | 272.80 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.

728

**TERMS**
Net 30 Days

**Amount Due**
**By : 07/25/2019**     $1,977.80

**Provide Remittance Details to:**
billing@enbisso.com

**EFT Instructions**
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 412 462 6300
SWIFT: WFBIUS6S
**INCLUDE INVOICE #**

**EXHIBIT**
**C**



**E.N. BISSO & SON, INC.**
1 Walnut Street, New Orleans, LA 70118
504-828-3296 billing@enbisso.com

Invoice # 142671
Date 6/25/2019

**Bill To**
TUG BOUCHARD GIRLS / B-295 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY  11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 06/07/2019-06/11/2019 | GRANDVIEW ANCHORAGE | 146.5 | |

| JOB # | DESCRIPTION | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|
| 25358 | **Stand by**   06/07  22:45 -  06/11  10:10<br>HIGH RIVER CONDITIONS<br>PO # : 295140608 | MR JONAH | 83.50 | 570.00 | 47,595.00 |
| | **Fuel Surcharge** | | 47,595.00 | 16.00% | 7,615.20 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.
728

**TERMS**
Net 30 Days

**Amount Due
By : 07/25/2019**   $55,210.20

Provide Remittance
Details to:
billing@enbisso.com

EFT Instructions
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 412 462 6300
SWIFT: WFBIUS6S
**INCLUDE INVOICE #**

**EXHIBIT
C**



# E.N. BISSO & SON, INC.
**1 Walnut Street, New Orleans, LA 70118**
504-828-3296  billing@enbisso.com

Invoice #   142821
Date   6/30/2019

**Bill To**
TUG BOUCHARD GIRLS / B-295 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY  11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 06/11/2019-06/12/2019 | SUGARLAND (SHELL) - ST. JAMES | 158.6 | |

| JOB # | DESCRIPTION | | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 25451 | **Land** | 06/11  12:05 | ALLISON S | 1.00 | 1,705.00 | 1,705.00 |
| | PO # : 295140611 | | | | | |
| 25452 | **Hold In** | 06/11  13:05 -  06/12  09:00 | MR JONAH | 20.00 | 685.00 | 13,700.00 |
| | AGENT REQUESTED / HIGH RIVER | | | | | |
| | PO # : 295140611 | | | | | |
| 25491 | **Turn For Sea** | 06/12  09:00 | PORT HUDSON | 1.00 | 1,705.00 | 1,705.00 |
| | PO # : 295140612 | | | | | |
| | **Fuel Surcharge** | | | 17,110.00 | 16.00% | 2,737.60 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.

728

**TERMS**
Net 30 Days

**Amount Due**   $19,847.60
By : 7/30/2019

**Provide Remittance Details to:**
billing@enbisso.com

**EFT Instructions**
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 412 462 6300
SWIFT: WFBIUS6S
**INCLUDE INVOICE #**

**EXHIBIT**
**C**





**E.N. BISSO & SON, INC.**
1 Walnut Street, New Orleans, LA 70118
504-828-3296 billing@enbisso.com

Invoice # 142899
Date 6/30/2019

**Bill To**
TUG BOUCHARD GIRLS / B-295 And/Or Owners
BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY  11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
ASSOCIATED FEDERAL PILOTS & DOCKING MASTERS OF LOU

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 06/20/2019-06/22/2019 | SHELL NORCO 4 | 126 | |

| JOB # | DESCRIPTION | | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 25701 | **Land** | 06/20 07:35 | JOSEPHINE ANNE | 1.00 | 1,705.00 | 1,705.00 |
| | PO # : 295150620 | | | | | |
| 25702 | **Hold In** | 06/20 08:55 -23:15 | JOSEPHINE ANNE | 14.50 | 685.00 | 9,932.50 |
| | **Hold In** | 06/20 23:15 - 06/22 01:15 | LA ELITE | 26.00 | 685.00 | 17,810.00 |
| | **Hold In** | 06/22 01:15 -06:00 | BEVERLY B | 5.00 | 685.00 | 3,425.00 |
| | HIGH RIVER CONDITIONS | | | | | |
| | PO # : 295150620 | | | | | |
| 25760 | **Turn For Downriver** | 06/22 06:00 | BEVERLY B | 1.00 | 1,705.00 | 1,705.00 |
| | PO # : 295150622 | | | | | |
| | **Fuel Surcharge** | | | 34,577.50 | 18.00% | 6,223.95 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.
728

**TERMS**
Net 30 Days

**Amount Due** $40,801.45
**By :** 7/30/2019

**Provide Remittance Details to:**
billing@enbisso.com

**EFT Instructions**
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 412 462 6300
SWIFT: WFBIUS6S
**INCLUDE INVOICE #**



EXHIBIT
C



**E.N. BISSO & SON, INC.**
1 Walnut Street, New Orleans, LA 70118
504-828-3296  billing@enbisso.com

Invoice #  142923
Date  6/30/2019

**Bill To**
TUG BOUCHARD GIRLS / B-295 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY  11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
ASSOCIATED FEDERAL PILOTS & DOCKING MASTERS OF LOU

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 06/22/2019-06/22/2019 | PERRY STREET WHARF | 96.0 | |

| JOB # | DESCRIPTION | | | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 25776 | **Head Up And Land**  PO # : 295150622 | 06/22 | 09:00 | FREEDOM | 1.00 | 1,705.00 | 1,705.00 |
| | **Fuel Surcharge** | | | | 1,705.00 | 18.00% | 306.90 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.

728

**TERMS**
Net 30 Days

**Amount Due By : 7/30/2019**   $2,011.90

**Provide Remittance Details to:**
billing@enbisso.com

**EFT Instructions**
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 412 462 6300
SWIFT: WFBIUS6S
**INCLUDE INVOICE #**

**EXHIBIT C**



**E.N. BISSO & SON, INC.**
1 Walnut Street, New Orleans, LA 70118
504-828-3296  billing@enbisso.com

Invoice #  142937
Date  6/30/2019

**Bill To**
TUG BOUCHARD GIRLS / B-295 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY  11747

**RESPONSIBLE PARTY**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 06/23/2019-06/24/2019 | PERRY STREET WHARF | 96.0 | |

| JOB # | DESCRIPTION | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|
| 25808 | **Hold In**  06/23  14:15 -  06/24  19:10 | CAPT BUD BISSO | 29.00 | 685.00 | 19,865.00 |
| | DUE TO HIGH RIVER | | | | |
| | PO # : 29515A0623 | | | | |
| | **Fuel Surcharge** | | 19,865.00 | 18.00% | 3,575.70 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.
728

**TERMS**
Net 30 Days

**Amount Due By : 7/30/2019**  $23,440.70

**Provide Remittance Details to:**
billing@enbisso.com

**EFT Instructions**
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 412 462 6300
SWIFT: WFBIUS6S
**INCLUDE INVOICE #**

**EXHIBIT**
**C**



**E.N. BISSO & SON, INC.**
**1 Walnut Street, New Orleans, LA 70118**
504-828-3296 billing@enbisso.com

Invoice # 142981
Date 6/30/2019

**Bill To**
TUG BOUCHARD GIRLS / B-295 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY  11747

**RESPONSIBLE PARTY**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 06/22/2019-06/22/2019 | PERRY STREET WHARF | 96.0 | |

| JOB # | DESCRIPTION | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|
| 25777 | **Work As Directed**  06/22  11:25 -14:00 | FREEDOM | 3.50 | 685.00 | 2,397.50 |
| | HOLDING UNTIL TUG SEPARATES FROM BARGE | | | | |
| | PO # : 29515A0622 | | | | |
| | **Fuel Surcharge** | | 2,397.50 | 18.00% | 431.55 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.
728

**TERMS**
Net 30 Days

**Amount Due By : 7/30/2019**    $2,829.05

**Provide Remittance Details to:**
billing@enbisso.com

**EFT Instructions**
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 412 462 6300
SWIFT: WFBIUS6S
**INCLUDE INVOICE #**

**EXHIBIT C**



**E.N. BISSO & SON, INC.**
1 Walnut Street, New Orleans, LA 70118
504-828-3296 billing@enbisso.com

Invoice # 143187
Date 7/22/2019

**Bill To**
TUG BOUCHARD GIRLS / B-295 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY  11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 07/08/2019-07/08/2019 | PERRY STREET WHARF | 96.0 | |

| JOB # | DESCRIPTION | | | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 26197 | **Turn For Downriver** | 07/08 | 19:05 | WILLIAM S | 1.00 | 1,705.00 | 1,705.00 |
| | PO # : 29515A0708 | | | | | | |
| | **Fuel Surcharge** | | | | 1,705.00 | 17.00% | 289.85 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.
728

**TERMS**
Net 30 Days

**Amount Due**
By : 08/21/2019          $1,994.85

**Provide Remittance Details to:**
billing@enbisso.com

**EFT Instructions**
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 412 462 6300
SWIFT: WFBIUS6S
**INCLUDE INVOICE #**

**EXHIBIT**
**C**



**E.N. BISSO & SON, INC.**
**1 Walnut Street, New Orleans, LA 70118**
504-828-3296 billing@enbisso.com

Invoice #   143858
Date   8/20/2019

**Bill To**
TUG BOUCHARD GIRLS / B-295 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY  11747

**RESPONSIBLE PARTY**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 08/12/2019-08/13/2019 | POINT CELESTE ANCHORAGE | 50.2 | |

| JOB # | DESCRIPTION | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|
| 27238 | **Escort**  08/12  19:00 - 08/13  00:30 | DEE WHITE | 5.50 | 685.00 | 3,767.50 |
| | C.G RESTRICTED, ESCORT FROM PT. CELESTE ANCHORAGE TO BUCK KREIHS | | | | |
| | *PO # : 29515A0812* | | | | |
| | **Fuel Surcharge** | | 3,767.50 | 13.00% | 489.78 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.
728

**TERMS**
Net 30 Days

**Amount Due By : 09/19/2019**   $4,257.28

| Provide Remittance Details to: billing@enbisso.com | EFT Instructions WELLS FARGO BANK, N.A SAN FRANCISCO, CA | ABA: 121 000 248 ACCT: 412 462 6300 SWIFT: WFBIUS6S INCLUDE INVOICE # | |



**EXHIBIT C**



**E.N. BISSO & SON, INC.**
1 Walnut Street, New Orleans, LA 70118
504-828-3296 billing@enbisso.com

Invoice #  143917
Date  8/21/2019

**Bill To**
TUG BOUCHARD GIRLS / B-295 And/Or Owners
BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY  11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 08/13/2019-08/15/2019 | BUCK KREIHS | 92.3 | |

| JOB # | DESCRIPTION | | | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 27236 | **Land** <br> LOST AN ANCHOR <br> PO # : 29515A0812 | 08/13 | 00:30 | DEE WHITE | 1.00 | 1,705.00 | 1,705.00 |
| 27312 | **Turn For Downriver** <br> PO # : 29515A0812 | 08/15 | 19:15 | GLADYS B | 1.00 | 1,705.00 | 1,705.00 |
| | **Fuel Surcharge** | | | | 3,410.00 | 14.00% | 477.40 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.

728

**TERMS**
Net 30 Days

**Amount Due**  $3,887.40
By : 09/20/2019

**Provide Remittance Details to:**
billing@enbisso.com

**EFT Instructions**
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 412 462 6300
SWIFT: WFBIUS6S
**INCLUDE INVOICE #**

**EXHIBIT**
**C**