## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E.N. BISSO & SONS, INC | * CIVIL ACTION No.:2:19-cv-14765 |
| | * |
| VERSUS | * SECTION "D" |
| | * |
| M/V BOUCHARD GIRLS, her tackle, | * MAG. DIVISION "3" |
| furniture, apparel, appurtenances, etc., | * |
| *in rem*; and the | * JUDGE: WENDY B. VITTER |
| BARGE B. NO. 295, her tackle, furniture, | * |
| apparel, appurtenances, etc., in rem; and, | * MAGISTRATE JUDGE: |
| BOUCHARD TRANSPORTATION CO. | * DANA DOUGLAS |
| INC, *in personam* | * |

## VERIFIED COMPLAINT IN INTERVENTION

Plaintiff, Boland Marine & Industrial, LLC ("Boland Marine"), a Louisiana limited liability company, by and through its undersigned counsel, brings this Verified Complaint in Intervention against: (i) the M/V BOUCHARD GIRLS, her engines, tackle, apparel, equipment, appurtenances, etc., *in rem*; (ii) the BARGE B. NO. 295, her engines, tackle, apparel, equipment, appurtenances, etc., *in rem*; (iii) Tug Bouchard Girls Corp., *in personam*, owner of the M/V BOUCHARD GIRLS; (iv) Barge B. No. 295 Corp., *in personam*, owner of the BARGE B. NO. 295  and, (v) Bouchard Transportation Co., Inc. ("Bouchard Transportation"), *in personam*, operator and owner of the M/V BOUCHARD GIRLS, the BARGE B. NO. 295 and respectfully represents that:

## I.

## JURISDICTION AND VENUE

1.

This Court has jurisdiction pursuant to 28 U.S.C. §1333, 46 U.S.C. §31341, *et seq.* and general maritime law. This is an admiralty and maritime claim within the

1

meaning of Rule 9(h) of the Federal Rules of Civil Procedure and Rules C and E of the Supplemental Rules of Certain Admiralty and Maritime claims of the Federal Rules of Civil Procedure.

2.

Venue is proper pursuant to 28 U.S.C. §1391(b).

**II.**

**PARTIES**

3.

Boland Marine is a Louisiana limited liability company with its principal place of business in Orleans Parish, Louisiana and provides berthing/dockage, security, vessel repairs, equipment, labor, maintenance, other services and vessel parts to commercial customers and vessels at various locations in the Gulf South including the Perry Street Wharf and the Poland Avenue Wharf in the Port of New Orleans.

4.

The defendants are:

(a)  M/V BOUCHARD GIRLS, her engines, tackle, apparel, equipment, appurtenances, etc., *in rem*, a United States flagged vessel which is and will be afloat upon the navigable waters of the United States and within the jurisdiction of this Court;

(b)  Tug Bouchard Girls Corp., *in personam,* a New York business entity which conducts business in the State of Louisiana and is the owner of the M/V DONNA J. BOUCHARD,

(c)   BARGE B. NO. 295, her engines, tackle, apparel, equipment, appurtenances, etc., *in rem*, a United States flagged vessel which is and will be afloat upon the navigable waters of the United States and within the jurisdiction of this Court;

(d)   Barge B. No. 295 Corp., *in personam*, a New York business entity which conducts business in the State of Louisiana and is the owner of the BARGE B. NO. 295; and,

(e)   Bouchard Transportation Co., Inc., *in personam*, a New York business entity and operator and owner of the *in rem* defendants listed immediately.

## III.

## BOUCHARD TRANSPORTATION VESSELS

### 4.

At all times pertinent, the M/V BOUCHARD GIRLS and the BARGE B. NO. 295 were paired and operated together by Bouchard Transportation as an articulated tug/barge unit.

## IV.

## *IN REM* CLAIMS

### 5.

Pursuant to multiple requests by defendant Bouchard Transportation which included agreed pricing, Boland Marine provided berthing/dockage, security, labor, materials, equipment, repairs and other related services (collectively hereafter "work")  to the M/V BOUCHARD GIRLS and BARGE B. NO. 295 while docked at the Perry Street

Wharf in the Port of New Orleans in the principal amount of $217,000.00. *See* attached Exhibit "A" incorporated herein and made part hereof.

6.

Boland Marine provided the above-described work for the benefit of the M/V BOUCHARD GIRLS and the BARGE B. NO. 295, all of which was performed by Boland Marine in a good and workmanlike manner and accepted and utilized by the defendants.

7.

Pursuant to the parties' agreement and course of dealing, Boland Marine provided Bouchard Transportation with its invoices (Exhibit "A") for its work to the M/V BOUCHARD GIRLS and BARGE B. NO. 295, in the principal amount of $217,000.00, which, despite amicable demand, and in breach of the parties' contract, remains unpaid.

8.

The provision of the above-described work by Boland Marine gives rise to a maritime lien against the M/V BOUCHARD GIRLS and BARGE B. NO. 295 pursuant to general maritime law and 46 U.S.C. §§ 31341, *et seq.*

9.

In the alternative, Boland Marine is entitled to recognition of its maritime lien under equitable *quasi*-contract principles including the doctrine of *quantum meruit* and unjust enrichment in the amounts set forth above.

## V.

### *IN PERSONAM* CLAIMS

10.

The work and invoices by Boland Marine, as set forth in Paragraphs 5-7 above and on the attached Exhibit "A," constitutes a maritime contract(s), or in the alternative, an open account, which the defendants breached by failing to pay Boland Marine.

11.

Based on the defendants' breach and non-payment, Boland Marine is entitled to recovery against all the *in personam* defendants, jointly, severally and solidarily, in the principal amount of $217,000.00, interest at the rate of 1.5% per month, all costs of these proceedings and reasonable attorneys fees.

12.

In the alternative, Boland Marine is entitled to recovery against the *in personam* defendants jointly, severally and solidarily, in the principal amount of $217,000.00, interest at the rate of 1.5% per month, all costs of these proceedings and reasonable attorneys fees under equitable *quasi*-contract principles including the doctrine of *quantum meruit* or unjust enrichment.

13.

All and singular, the premises and allegations in this Verified Complaint in Intervention are true and correct and within the admiralty and maritime jurisdiction of the United States and this Court.

**WHEREFORE,** Boland Marine prays:

1. That process in due form of law according to the rules and practices of this Court, in causes of admiralty and maritime jurisdiction, may issue against the:

(a) M/V BOUCHARD GIRLS, her engines, tackle, apparel, equipment, appurtenances, etc., *in rem*, and that all persons having or claiming an interest therein may cited to appear and answer, the matters aforesaid; and,

(b) BARGE B. NO. 295, her engines, tackle, apparel, equipment, appurtenances, etc., *in rem*, and that all persons having or claiming an interest therein may cited to appear and answer, the matters aforesaid;

2. That this Court enter a judgment in Boland Marine's favor in the principal amount of $217,000.00, together with interest and costs, and that the vessels described above, and their respective engines, tackle, apparel, equipment, appurtenances, etc., *in rem,* be condemned and sold to satisfy said judgment in preference and priority to all other claimants;

3. That this Court enter a judgment in Boland Marine's favor in the principal amount of $217,000.00, together with interest thereon, costs and reasonable attorneys fees against the *in personam* defendants, Bouchard Transportation, Tug Bouchard Girls Corp. and Barge B. No. 295 Corp., jointly, severally and solidarily.

4. That Bouchard Transportation be cited to answer and appear, and that after due proceedings are had, Boland Marine may have judgment against Bouchard Transportation, Tug Bouchard Girls Corp. and Barge B. No. 295 Corp., jointly, severally and solidarily, for the amount of any deficiency, plus any other sums and interest, costs and attorney's fees; and,

8. For all other general and equitable relief including the doctrine of *quantum meruit* or unjust enrichment as this Court deems just and proper.

**Respectfully submitted:**

**LAW OFFICE OF CARY A. DES ROCHES**

/s/ Cary A. Des Roches
Cary A. Des Roches (LA Bar No. 19550)
225 Phosphor Avenue
Metairie, LA 70005
and
1100 Poydras Street
Suite 3250
New Orleans, LA 70170
Phone: (504) 588-1288
Facsimile: (504) 588-9750
cdr@descheslaw.com
*COUNSEL FOR BOLAND MARINE &*
*INDUSTRIAL, LLC*

and

**COUHIG PARTNERS, LLC**
Robert E. Couhig, Jr. (La. Bar No. 4439)
Robert E. Couhig, III (La. Bar No. 29811)
Jeffrey T. Pastorek (La. Bar No. 33309)
1100 Poydras Street, Suite 3250
New Orleans, LA 70163
T: (504) 588-1288
F: (504) 588-9750
rcouhig@couhigpartners.com
jpastorek@couhigpartners.com
*COUNSEL FOR BOLAND MARINE &*
*INDUSTRIAL, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( ) Hand Delivery       ( ) Prepaid U.S. Mail
( ) Facsimile            ( ) Federal Express
( ) Electronic Mail      (x) CMF/ECF

New Orleans, Louisiana this 10th day of January 2020.

/s/ Cary A. Des Roches
CARY A. DES ROCHES
