

**Boland Marine & Industrial, L.L.C.**

ESTABLISHED 1866

DATE 06/14/2019
INVOICE # 0619-032

1000 Tchoupitoulas Street, Post Office Box 53287, New Orleans, Louisiana 70153
Telephone: (504) 581-5800 Fax: (504) 581-5814 Cable: BOLAND

CUSTOMER ORDER #
9057826
TERMS:

To: BOUCHARD BARGE B-NO.295  BOUCHARD BARGE B NO. 295 CORP.
58 SOUTH SERVICE RD, STE. 150  Office: 631-390-4900
MELVILLE  N.Y.  11747

| VESSEL | LOCATION | JOB# | OPEN DATE | COMPLETE DATE |
|---|---|---|---|---|
| BOUCHARD BARGE B-NO.295 | PERRY ST. WHARF | 23746 | 05/06/2019 | 06/14/2019 |

We expressly condition our contract for vessel repair and other services upon the basis of insured liabilities and terms as set forth below. All terms stated in this offer are final and deemed material to the formation of a contract. They cannot be varied, altered, or changed by implication or by any means other than an express, written agreement to different terms signed by us. Written acceptance containing terms not consistent with any of the terms herein stated or which shall be deemed to alter materially the above terms is ineffective as an acceptance but may at our sole option be deemed a counter-offer and as such accepted for the purpose of forming a contract but only by our management, written acceptance of such inconsistent terms. In no event shall our liability for any claim arising out of or relating to this contract and/or the subject thereof exceed in the aggregate the sum of $300,000.00.

We are not liable for any loss, damage or delay resulting from strikes or labor difficulties, whatsoever and wheresoever occurring, or for stoppage of work due to causes beyond our control.

We are not liable for defective workmanship or material, whether latent or otherwise, or for damage to any vessel or for any loss sustained by its owners, charterers or underwriters, or parties in interest, directly or indirectly in contract, tort or otherwise, unless the same is caused *solely by the negligence of our own plant employees*, which negligence shall not be presumed but must be affirmatively established. Our liability, if any, is strictly limited to the cost of repair, correction or replacement thereof AND IN NO EVENT SHALL WE BE LIABLE FOR ANY CONSEQUENTIAL DAMAGE WHATSOEVER INCLUDING BUT WITHOUT LIMITATION, FOR FAULTY OR NEGLIGENT DESIGN OR MANUFACTURE, DELAY, DETENTION, DEMURRAGE, TOWAGE, AND PILOTAGE.

We shall be discharged from all liability for defective workmanship or material or for loss or damage, unless the same is discovered prior to any claim in writing made to us within sixty days and litigation is commenced within one year after our work has ceased for whatever reason or has been completed, or the vessel has been redelivered, whichever first occurs.

We shall not be liable for any personal injury, including death, or for damage to property of third parties, unless the same is the result of the *sole negligence of our own plant employees*. The vessel, its owners, and all parties in interest, shall indemnify and hold us harmless from all liability arising under any air or water quality statute or regulation unless the same shall be caused by the *sole* negligence of our own plant employees.

In no event shall we be liable for the cost of defense, including attorney's fees, of any action whether commenced by our plant employees, subcontractors' employees, or others against the vessel, its owners, agents, charterers or underwriters.

THE FOREGOING IS IN LIEU OF ALL WARRANTIES AND LIABILITIES EXPRESSED OR IMPLIED INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS, and any document which unilaterally purports to alter or increase our liability beyond that stated herein is expressly rejected by us and does not form a part of this contract.

Nothing herein shall be deemed to constitute a waiver of our maritime lien. Invalidity of any one or more provisions of this contract shall not affect or impair the remaining provisions. This contract may not be changed orally.

A maritime lien is reserved on any vessel for all charges which may accrue hereunder whether or not such charges may be billed to charterer, operator or agent. In the event the charges hereunder shall not be paid on presentation of invoices thereof, BOLAND MARINE & INDUSTRIAL, L.L.C. shall place its claim therefor in the hands of an attorney for collection, the owner and/or operator of the vessel to which the services have been rendered shall pay all expenses of collection, including reasonable attorney's fees and interest.

Different or more extensive liabilities will be accepted if an agreement in writing stating the nature and extent thereof is entered into before the vessel enters our yard or work is commenced, whichever first occurs, and an adjustment is made in the price which shall include the cost of appropriate additional insurance.

**PAYMENT TERMS TO BE AGREED UPON BEFORE COMMENCEMENT OF WORK.**

ATTN: KEVIN DONOHUE
BOUCHARD BARGE B-NO.295 CORP
INVOICE # 1

BOLAND MARINE FURNISHED SAFE BERTHING AND SECURITY INCLUDING LABOR TO REMOVE THE FOUR RELIEF VALVES AND BENCH TEST FOR PROPER LIFT SETTING.

**TOTAL COST:**  $ 10,000.00

Hancock Whitney National Bank of New Orleans
Main Branch-228 St. Charles Avenue
New Orleans, LA 70130
Account No: 714-781-401
Whitney ABA No: 065-400-153
Swift WHIT US 44
Beneficiary Name: Boland Marine & Industrial LLC

TAX  **TOTAL**  $10,000.00

Interest at the rate of 1.5% per month (18% per annum) will be charged if not paid according to terms of this invoice

EXHIBIT "A"



**Boland Marine & Industrial, L.L.C.**

ESTABLISHED 1866

1000 Tchoupitoulas Street, Post Office Box 53287, New Orleans, Louisiana 70153
Telephone: (504) 581-5800, Fax: (504) 581-5814, Cable: BOLAND

DATE 07/19/2019
INVOICE # 0719-024

To: BOUCHARD GIRLS    BOUCHARD BARGE B NO. 295 CORP.
58 SOUTH SERVICE RD, STE. 150   Office: 631-390-4900
MELVILLE   N.Y.   11747

CUSTOMER ORDER # 9058624
TERMS:

| VESSEL | LOCATION | JOB# | OPEN DATE | COMPLETE DATE |
|---|---|---|---|---|
| BOUCHARD GIRLS | PERRY STREET | 23856 | 06/22/2019 | 7/11/2019 |

We expressly condition our contract for vessel repair and other services upon the basis of insured liabilities and terms as set forth below. All terms stated in this offer are final and deemed material to the formation of a contract. They cannot be varied, altered, or changed by implication or by any means other than an express, written agreement to different terms signed by us. Written acceptance containing terms not consistent with any of the terms herein stated or which shall be deemed to alter materially the above terms is ineffective as an acceptance but may at our sole option be deemed a counter-offer and as such accepted for the purpose of forming a contract but only by our management, written acceptance of such inconsistent terms. In no event shall our liability for any claim arising out of or relating to this contract and/or the subject thereof exceed in the aggregate the sum of $300,000.00.

We are not liable for any loss, damage or delay resulting from strikes or labor difficulties, whatsoever and wheresoever occurring, or for stoppage of work due to causes beyond our control.

We are not liable for defective workmanship or material, whether latent or otherwise, or for damage to any vessel or for any loss sustained by its owners, charterers or underwriters, or parties in interest, directly or indirectly in contract, tort or otherwise, unless the same is caused *solely by the negligence of our own plant employees*, which negligence shall not be presumed but must be affirmatively established. Our liability, if any, is strictly limited to the cost of repair, correction or replacement thereof AND IN NO EVENT SHALL WE BE LIABLE FOR ANY CONSEQUENTIAL DAMAGE WHATSOEVER INCLUDING BUT WITHOUT LIMITATION, FOR FAULTY OR NEGLIGENT DESIGN OR MANUFACTURE, DELAY, DETENTION, DEMURRAGE, TOWAGE, AND PILOTAGE.

We shall be discharged from all liability for defective workmanship or material or for loss or damage, unless the same is discovered prior to any claim in writing made to us within sixty days and litigation is commenced within one year after our work has ceased for whatever reason or has been completed, or the vessel has been redelivered, whichever first occurs.

We shall not be liable for any personal injury, including death, or for damage to property of third parties, unless the same is the result of the *sole negligence of our own plant employees*. The vessel, its owners, and all parties in interest, shall indemnify and hold us harmless from all liability arising under any air or water quality statute or regulation unless the same shall be caused by the *sole negligence of our own plant employees*.

In no event shall we be liable for the cost of defense, including attorney's fees, of any action whether commenced by our plant employees, subcontractors' employees, or others against the vessel, its owners, agents, charterers or underwriters.

THE FOREGOING IS IN LIEU OF ALL WARRANTIES AND LIABILITIES EXPRESSED OR IMPLIED INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS, and any document which unilaterally purports to alter or increase our liability beyond that stated herein is expressly rejected by us and does not form a part of this contract.

Nothing herein shall be deemed to constitute a waiver of our maritime lien. Invalidity of any one or more provisions of this contract shall not affect or impair the remaining provisions. This contract may not be changed orally.

A maritime lien is reserved on any vessel for all charges which may accrue hereunder whether or not such charges may be billed to charterer, operator or agent. In the event the charges hereunder shall not be paid on presentation of invoices thereof, BOLAND MARINE & INDUSTRIAL, L.L.C. shall place its claim therefor in the hands of an attorney for collection, the owner and/or operator of the vessel to which the services have been rendered shall pay all expenses of collection, including reasonable attorney's fees and interest.

Different or more extensive liabilities will be accepted if an agreement in writing stating the nature and extent thereof is entered into before the vessel enters our yard or work is commenced, whichever first occurs, and an adjustment is made in the price which shall include the cost of appropriate additional insurance.

**PAYMENT TERMS TO BE AGREED UPON BEFORE COMMENCEMENT OF WORK.**

---

INVOICE 1

BOLAND PROVIDED SAFE BERTHING AND SECURITY FROM JUNE 22, THRU JUNE 26, 2019 AT SECTION 25-50 AT OUR PERRY STREET YARD LOCATION AT MILE 96.2 MISSISSIPPI RIVER    $ 16,000.00

PROVIDE ENVIRONMENTAL SERVICE COMPANY TO PUMP OUT INTRUSIVE DIESEL, DISPOSE AT THE STBD LOCATION OF VOID, STOREROOM, INCLUDING PUMPING AND CLEANING THE NO. 2 STBD DIESEL TANK.

PROVIDE MARINE CHEMIST TO ISSUE SAFE FOR ENTRY CERTIFICATE FOR INSPECTION. FURNISHED LABOR TO SEARCH OUT SOURCE OF LEAK IN THE VOID SPACE BY APPLYING 1.5 PSI AIR TO THE STOREROOM. FOUND LEAK IN LOWER TRANSVERSE BULKHEAD. SECURED THE NO. 2 STBD FUEL TANK AND TESTED TO 1.5 PSI. FOUND LEAKAGE IN WASTAGE AREA IN WAY OF THE STBD VERTICAL LONGITUDINAL SIDE SHELL AND VOID FLOOR PLATE BELOW WATER LINE. RECOMMEND VESSEL TO DRY DOCK BEFORE HOT WORK COMMENCES.    $ 16,000.00

TOTAL COST    $ 32,000.00

Hancock Whitney National Bank of New Orleans
Main Branch-228 St. Charles Avenue
New Orleans, LA 70130
Account No: 714-781-401
Whitney ABA No: 065-400-153
Swift WHIT US 44
Beneficiary Name: Boland Marine & Industrial LL

TAX             TOTAL    $32,000.00

Interest at the rate of 1.5% per month (18% per annum) will be charged if not paid according to terms of this invoice

 **Boland Marine & Industrial, L.L.C.**  ESTABLISHED 1866

1000 Tchoupitoulas Street, Post Office Box 53287, New Orleans, Louisiana 70153
Telephone: (504) 581-5800, Fax: (504) 581-5814, Cable: BOLAND

DATE 07/19/2019
INVOICE # 0719-025

To: BOUCHARD BARGE B-295    BOUCHARD BARGE B NO. 295 CORP.
58 SOUTH SERVICE RD, STE. 150  Office: 631-390-4900
MELVILLE    N.Y.    11747

CUSTOMER ORDER # 9058740
TERMS:

| VESSEL | LOCATION | JOB# | OPEN DATE | COMPLETE DATE |
|---|---|---|---|---|
| BARGE B-295 | PERRY STREET | 23856 | 06/22/2019 | 07/11/2019 |

We expressly condition our contract for vessel repair and other services upon the basis of insured liabilities and terms as set forth below. All terms stated in this offer are final and deemed material to the formation of a contract. They cannot be varied, altered, or changed by implication or by any means other than an express, written agreement to different terms signed by us. Written acceptance containing terms not consistent with any of the terms herein stated or which shall be deemed to alter materially the above terms is ineffective as an acceptance but may at our sole option be deemed a counter-offer and as such accepted for the purpose of forming a contract but only by our management, written acceptance of such inconsistent terms. In no event shall our liability for any claim arising out of or relating to this contract and/or the subject thereof exceed in the aggregate the sum of $300,000.00.

We are not liable for any loss, damage or delay resulting from strikes or labor difficulties, whatsoever and wheresoever occurring, or for stoppage of work due to causes beyond our control.

We are not liable for defective workmanship or material, whether latent or otherwise, or for damage to any vessel or for any loss sustained by its owners, charterers or underwriters, or parties in interest, directly or indirectly in contract, tort or otherwise, unless the same is caused *solely by the negligence of our own plant employees*, which negligence shall not be presumed but must be affirmatively established. Our liability, if any, is strictly limited to the cost of repair, correction or replacement thereof AND IN NO EVENT SHALL WE BE LIABLE FOR ANY CONSEQUENTIAL DAMAGE WHATSOEVER INCLUDING BUT WITHOUT LIMITATION, FOR FAULTY OR NEGLIGENT DESIGN OR MANUFACTURE, DELAY, DETENTION, DEMURRAGE, TOWAGE, AND PILOTAGE.

We shall be discharged from all liability for defective workmanship or material or for loss or damage, unless the same is discovered prior to any claim in writing made to us within sixty days and litigation is commenced within one year after our work has ceased for whatever reason or has been completed, or the vessel has been redelivered, whichever first occurs.

We shall not be liable for any personal injury, including death, or for damage to property of third parties, unless the same is the result of the *sole negligence of our own plant employees*. The vessel, its owners, and all parties in interest, shall indemnify and hold us harmless from all liability arising under any air or water quality statute or regulation unless the same shall be caused by the *sole* negligence of our own plant employees.

In no event shall we be liable for the cost of defense, including attorney's fees, of any action whether commenced by our plant employees, subcontractors' employees, or others against the vessel, its owners, agents, charterers or underwriters.

THE FOREGOING IS IN LIEU OF ALL WARRANTIES AND LIABILITIES EXPRESSED OR IMPLIED INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS, and any document which unilaterally purports to alter or increase our liability beyond that stated herein is expressly rejected by us and does not form a part of this contract.

Nothing herein shall be deemed to constitute a waiver of our maritime lien. Invalidity of any one or more provisions of this contract shall not affect or impair the remaining provisions. This contract may not be changed orally.

A maritime lien is reserved on any vessel for all charges which may accrue hereunder whether or not such charges may be billed to charterer, operator or agent. In the event the charges hereunder shall not be paid on presentation of invoices thereof, BOLAND MARINE & INDUSTRIAL, L.L.C. shall place its claim therefor in the hands of an attorney for collection, the owner and/or operator of the vessel to which the services have been rendered shall pay all expenses of collection, including reasonable attorney's fees and interest.

Different or more extensive liabilities will be accepted if an agreement in writing stating the nature and extent thereof is entered into before the vessel enters our yard or work is commenced, whichever first occurs, and an adjustment is made in the price which shall include the cost of appropriate additional insurance.

**PAYMENT TERMS TO BE AGREED UPON BEFORE COMMENCEMENT OF WORK.**

---

INVOICE 2:

BOLAND MARINE SUPPLIED SAFE BERTHING AND SECURITY FROM 06/27/2019 TO 06/28/2019 FOR REPAIRS OF DECK MACHINERY ---------- $ 6,000.00

FURNISHED LABOR AND CRANE SERVICE TO ASSIST MSI ON PTO WORK ---------- $ 1,960.00

MAKE REPAIRS ON MOORING WINCHES CONTROL VALVES ---------- $ 1,800.00

FURNISHED LABOR AND MATERIAL INCLUDING PARTS TO OPEN AND INSPECT CAUSES OF LEAKS ON PANETARY GEAR BOXES ON PORT AND STBD CRANE. REPLACED SEAL GLAND PLATES AND SEALS INCLUDING BRAKE FRICTION PADS, PRESSURE PLATE AND SPRINGS FOR STBD BOX. INSTALL BOTH BACK IN PLACE ON CRANE AND TESTED ---------- $ 9,340.00

PROVIDED SERVICES INCLUDING LABOR, MARINE CHEMIST, CRANE SERVICE INCLUDING SCAFFOLDING ERECTED IN 3 LOCATIONS INSIDE VOIDS FOR RIO ELECTRIC TO INSTALL WIRING FOR THE VAPOR SENSORS ---------- $24,360.00

**PAGE 1 OF 2:**

TAX             TOTAL

Interest at the rate of 1.5% per month (18% per annum) will be charged if not paid according to terms of this invoice

 **Boland Marine & Industrial, L.L.C.** ESTABLISHED 1866

1000 Tchoupitoulas Street, Post Office Box 53287, New Orleans, Louisiana 70153
Telephone: (504) 581-5800, Fax: (504) 581-5814, Cable: BOLAND

DATE 07-22-2019
INVOICE # 0719-026

To: BOUCHARD BARGE B-295        BOUCHARD BARGE B NO. 295 CORP.
58 SOUTH SERVICE RD, STE. 150   Office: 631-390-4900
MELVILLE              N.Y.      11747

CUSTOMER ORDER # 9058744
TERMS:

| VESSEL | LOCATION | JOB# | OPEN DATE | COMPLETE DATE |
|---|---|---|---|---|
| BOUCHARD BARGE B-295 | PERRY STREET | 23856 | 06-22-2019 | 7-11-2019 |

We expressly condition our contract for vessel repair and other services upon the basis of insured liabilities and terms as set forth below. All terms stated in this offer are final and deemed material to the formation of a contract. They cannot be varied, altered, or changed by implication or by any means other than an express, written agreement to different terms signed by us. Written acceptance containing terms not consistent with any of the terms herein stated or which shall be deemed to alter materially the above terms is ineffective as an acceptance but may at our sole option be deemed a counter-offer and as such accepted for the purpose of forming a contract but only by our management, written acceptance of such inconsistent terms. In no event shall our liability for any claim arising out of or relating to this contract and/or the subject thereof exceed in the aggregate the sum of $300,000.00.

We are not liable for any loss, damage or delay resulting from strikes or labor difficulties, whatsoever and wheresoever occurring, or for stoppage of work due to causes beyond our control.

We are not liable for defective workmanship or material, whether latent or otherwise, or for damage to any vessel or for any loss sustained by its owners, charterers or underwriters, or parties in interest, directly or indirectly in contract, tort or otherwise, unless the same is caused *solely by the negligence of our own plant employees*, which negligence shall not be presumed but must be affirmatively established. Our liability, if any, is strictly limited to the cost of repair, correction or replacement thereof AND IN NO EVENT SHALL WE BE LIABLE FOR ANY CONSEQUENTIAL DAMAGE WHATSOEVER INCLUDING BUT WITHOUT LIMITATION, FOR FAULTY OR NEGLIGENT DESIGN OR MANUFACTURE, DELAY, DETENTION, DEMURRAGE, TOWAGE, AND PILOTAGE.

We shall be discharged from all liability for defective workmanship or material or for loss or damage, unless the same is discovered prior to any claim in writing made to us within sixty days and litigation is commenced within one year after our work has ceased for whatever reason or has been completed, or the vessel has been redelivered, whichever first occurs.

We shall not be liable for any personal injury, including death, or for damage to property of third parties, unless the same is the result of the *sole* negligence of our own plant employees. The vessel, its owners, and all parties in interest, shall indemnify and hold us harmless from all liability arising under any air or water quality statute or regulation unless the same shall be caused by the *sole* negligence of our own plant employees.

In no event shall we be liable for the cost of defense, including attorney's fees, of any action whether commenced by our plant employees, subcontractors' employees, or others against the vessel, its owners, agents, charterers or underwriters.

THE FOREGOING IS IN LIEU OF ALL WARRANTIES AND LIABILITIES EXPRESSED OR IMPLIED INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS, and any document which unilaterally purports to alter or increase our liability beyond that stated herein is expressly rejected by us and does not form a part of this contract.

Nothing herein shall be deemed to constitute a waiver of our maritime lien. Invalidity of any one or more provisions of this contract shall not affect or impair the remaining provisions. This contract may not be changed orally.

A maritime lien is reserved on any vessel for all charges which may accrue hereunder whether or not such charges may be billed to charterer, operator or agent. In the event the charges hereunder shall not be paid on presentation of invoices thereof, BOLAND MARINE & INDUSTRIAL, L.L.C. shall place its claim therefor in the hands of an attorney for collection, the owner and/or operator of the vessel to which the services have been rendered shall pay all expenses of collection, including reasonable attorney's fees and interest.

Different or more extensive liabilities will be accepted if an agreement in writing stating the nature and extent thereof is entered into before the vessel enters our yard or work is commenced, whichever first occurs, and an adjustment is made in the price which shall include the cost of appropriate additional insurance.

**PAYMENT TERMS TO BE AGREED UPON BEFORE COMMENCEMENT OF WORK.**

---

INVOICE 3:

BOLAND MARINE PROVIDED SAFE BERTHING AND SECURITY FROM 6/29/19 THRU 7/7/19 AT SECTION 25-50, PERRY ST YARD, GRETNA LA --------------------------------------------------- **$ 29,640.00**

BOLAND MARINE FURNISHED LABOR AND MATERIAL INCLUDING CRANE SERVICE TO REMOVE N0-1 CARGO PUMP AND ANGLE DRIVE. UNBOLTED PUMP DISCHARGE HEAD. DISCONNECTED THE DRIVE SHAFT AND RIGHT ANGLE DRIVE UNIT. DRAY THE PUMP FROM YARD TO THE MACHINE SHOP FOR DISMANTLING. DURING DISASSEMBLY FOUND THE SHAFT COUPLING BROKEN IN AREA WHERE THE SHAFTS FACES TOUCH. THE REST OF THE PUMP WAS SEIZED IN THE ROTATING ASSEMBLE. ALL IMPELLER CASING RINGS AND PUMP BOWL CAS RINGS WERE WORMED OUT OF TOLERANCE. MACHINE NEW CASING RINGS AND REPLACED ALL SPIDER BUSHENS AND REPLACE PUMP PACKING SLEEVE AND NEW BUSHENS FOR STUFFING BOX. MACHINED NEW COUPLING AND POLISHED ALL SHAFTS. BALANCED ALL 4 IMPELLER ON HIGH SPEED BALANCING MACHINE. CHECK PROPER CLEARANCES ON ALL BUSHENS AND START ASSEMBLY OF PUMP ROTATING ELEMENTS. ASSEMBLY SHAFTS TO BUSHENS USING CENTER LUBE.

DRAYED RECONDITIONED PUMP BACK TO VESSEL AND INSTALLED WITH NEW DISCHARGE HEAD GASKET AND BOLTS. FITTED GEARBOX AND DRIVE SHAFT TO PUMP. ADJUSTED THE LIFT CLEARANCE TO PROPER HEIGHT. BARGE CAPT WITNESS ALL INSTALLATION AND ROUNDED PUMP BY HAND AND ISSUED SATISFACTION. NO CARGO ABOARD FOR TESTING ----------------------------------------------------**$ 48,360.00**

### PAGE 1 OF 2

TAX [         ]         TOTAL

Interest at the rate of 1.5% per month (18% per annum) will be charged if not paid according to terms of this invoice

**BOLAND MARINE & INDUSTRIAL LLC**

PAGE # 2

| | |
|---|---|
| DATE: | 7-22-2019 |
| JOB NO.: | 23856 |
| INVOICE #: | 0719-026 |

BOUCHARD BARGE B NO. 295 CORP, LLC

**PAGE 2 OF 2:**

**TOTAL COST:**  $ 78,000.00

Hancock Whitney National Bank of New Orleans
Main Branch-228 St. Charles Avenue
New Orleans, LA 70130
Account No: 714-781-401
Whitney ABA No: 065-400-153
Swift WHIT US 44
Beneficiary Name: Boland Marine & Industrial LL

TAX [ ]   TOTAL  $78,000.00

Interest at the rate of 1.5% per month (18% per annum) will be charged if not paid according to terms of this Invoice