UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E.N. BISSO & SON, INC., | * CIVIL ACTION NO. 2:19-cv-14765 |
| Plaintiff, | * SECTION "D" |
| VERSUS | * DIVISION "3" |
| M/V BOUCHARD GIRLS, her tackle, furniture, apparel, appurtenances, *etc. in rem* & BOUCHARD TRANSPORTATION CO., INC. *in personam* | * JUDGE WENDY B. VITTER  * MAGISTRATE DANA DOUGLAS |
| Defendant. | * |

*********************************************

### UNOPPOSED MOTION FOR LEAVE TO INTERVENE
### BY WELLS FARGO BANK, N.A.

Wells Fargo Bank, N.A. ("Wells Fargo"), pursuant to Rule 24 of the Federal Rules of Civil Procedure, moves to intervene as follows:

1. Wells Fargo holds preferred ship mortgages on the M/V Bouchard Girls (Official Number 955450, IMO No. 8835102) and the Barge B. No. 295 (Official No. 955449, IMO No. 8640569) (together, "the Vessels") within the meaning of the laws of the United States (46 U.S.C. § 31301 *et seq.*)

2. On December 27, 2019, Plaintiff E.N. Bisso & Son, Inc. ("E.N. Bisso") initiated this action against the Vessels and Bouchard Transportation Co. ("Bouchard") to foreclose upon a maritime lien for towage services to the Vessels and breach of maritime contract by Bouchard. The U.S. Marshal arrested the Vessels pursuant to the Court's Order issued in this action. ECF No. 8 & 9.

2698877.1

3. Wells Fargo has a right to intervene pursuant to Rule 24(a)(2) of the Federal Rules of Civil Procedure to foreclose on its mortgages to protect its security interests, which will otherwise be impaired by the disposition of this action without its participation. Specifically, Wells Fargo's preferred mortgages on the Vessels entitle it to priority payment from any proceeds resulting from the condemnation and sale of the Vessels.

4. The Court's Scheduling Order of March 20, 2020, established April 20, 2020 as the deadline for "[a]mendments to pleadings, third-party actions, crossclaims, and counterclaims." ECF 36. Thus, this Motion for Leave to Intervene is timely filed.

5. Attached to this motion and incorporated herein is the Verified Complaint in Intervention by Wells Fargo Bank, N.A. (without exhibits), which fully sets forth Wells Fargo's claim. The exhibits have been omitted because they are voluminous. If the Court requires the exhibits for purposes of this Motion, undersigned counsel will be glad to provide.

6. Prior to filing this Motion, counsel for Wells Fargo contacted all parties who are present before the Court, in compliance with this Court's Local Rule 7.6, and all such parties consented to Wells Fargo's intervention and filing of its attached Complaint in Intervention.

WHEREFORE, Wells Fargo prays that this Court grant its Motion for Leave to Intervene and permit Wells Fargo to file its Complaint in Intervention into the record in this matter.

Dated this 17th day of April, 2020.

        Respectfully submitted,

        */s/ Benjamin O. Schupp*
        RICHARD A. AGUILAR (La. Bar No. 17439) TA
        BENJAMIN O. SCHUPP (La. Bar No. 21074)
        ADAM C. McNEIL (La. Bar No. 27001)
        McGLINCHEY STAFFORD, PLLC
        601 Poydras Street – 12th Floor
        New Orleans, Louisiana 70130
        Telephone (504) 586-1200
        Facsimile (504) 324-0965
        raguilar@mcglinchey.com
        bschupp@mcglinchey.com
        amcneil@mcglinchey.com

        ATTORNEYS FOR INTERVENOR,
        WELLS FARGO BANK, N.A.

        *Of Counsel*

        MICHAEL B. TAYLOR (TX Bar No. 24102560)
        J. JAMES COOPER (TX Bar No. 04780010)
        REED SMITH LLP
        Suite 1700
        811 Main Street
        Houston, TX 77002-6110
        Telephone (713) 469-3800
        Facsimile (713) 469-3899
        btaylor@reedsmith.com
        jcooper@reedsmith.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing was e-filed with the Clerk of the Court and electronically served on all counsel of record via the Court' s ECF E-Filing Service System on this 17th day of April, 2020.

        */s/ Benjamin O. Schupp*

## CERTIFICATE OF CONFERENCE

I hereby certify that between April 14 and April 16, 2020, I conferred with all counsel regarding the filing and granting of this Motion to Intervene. I further certify that this Motion to Intervene is unopposed.

*/s/ Richard A. Aguilar*
RICHARD A. AGUILAR