**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **E.N. BISSO & SON, INC.,** | * CIVIL ACTION NO. 2:19-cv-14765 |
| | * |
| **Plaintiff,** | * SECTION "D" |
| | * |
| **VERSUS** | * DIVISION "3" |
| | * |
| **M/V BOUCHARD GIRLS, her tackle, furniture, apparel, appurtenances,** *etc. in rem* **& BOU-CHARD TRANSPORTATION CO., INC.** *in personam* | * JUDGE WENDY B. VITTER |
| | * |
| | * MAGISTRATE DANA DOUGLAS |
| | * |
| | * |
| | * |
| **Defendant.** | * |
| | * |

**********************************************

**EX PARTE MOTION TO SUPPLEMENT THE RECORD**

The ex parte motion to supplement the record (the "**Motion**") of intervening plaintiff, Wells Fargo Bank, N.A. ("**Wells Fargo**"), appearing herein through undersigned counsel, respectfully represents:

1.      On April 20, 2020, this Honorable Court granted Wells Fargo's motion to intervene in the captioned case (the "**Motion to Intervene**") and its related request that it be allowed to file into the record of the captioned case the proposed Verified Complaint In Intervention by Wells Fargo Bank, N.A. (the "**Complaint**") that accompanied the Motion to Intervene.

2.      Wells Fargo's Motion to Intervene also contemplated that all of the exhibits specifically referenced in the proposed Complaint as being attached thereto would be filed together with the Complaint upon this Honorable Court's granting the Motion to Intervene.  As explained in the Motion to Intervene, Wells Fargo did not attach those exhibits to the proposed Complaint that accompanied the Motion to Intervene because of their volume.

2707483.1

1

3.      Upon entry of the Order granting the Motion to Intervene, the proposed Complaint was automatically filed into the record on April 20, 2020, as docket entry number 41, without the accompanying exhibits that are referenced in the Complaint as being attached thereto, although the Motion to Intervene contemplated that the exhibits would be filed simultaneously with the Complaint.

4.      As such, Wells Fargo requests that this Honorable Court grant this Motion so as to permit Wells Fargo to supplement the record of this case with exhibits to the Complaint that was filed into the record on April 20, 2020 [Doc. No. 41], copies of which accompany this Motion.

WHEREFORE, Wells Fargo respectfully requests that this Court permit it to supplement the record with the accompanying exhibits so that the Clerk of this Court may append those exhibits to the previously-filed Complaint [Doc. No. 41], and grant such further and other relief as is just and equitable.

Respectfully submitted,

*/s/ Richard A. Aguilar*
RICHARD A. AGUILAR (La. Bar No. 17439) TA
BENJAMIN O. SCHUPP (La. Bar No. 21074)
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street – 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200
Facsimile (504) 324-0965
raguilar@mcglinchey.com
bschupp@mcglinchey.com

ATTORNEYS FOR INTERVENOR,
WELLS FARGO BANK, N.A.

2707483.1

- 2 -

## CERTIFICATE OF CONFERENCE

I hereby certify that I do not believe an additional Certificate of Counsel is necessary with respect to the aforementioned Ex Parte Motion To Supplement The Record because (a) counsel for all of the parties in this case had previously consented to Wells Fargo's Motion to Intervene in the captioned case (the "**Motion to Intervene**") and its related request that it be allowed to file into the record of the captioned case the Verified Complaint In Intervention By Wells Fargo Bank, N.A. [Doc. No. 41] (the "**Complaint**"), and (b) the Motion to Intervene and the Complaint contemplate that the exhibits to the Complaint would be filed simultaneously with the Complaint upon this Honorable Court's entry of its Order granting the Motion to Intervene [Doc. No. 41].

/s/ Richard A. Aguilar
RICHARD A. AGUILAR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was e-filed with the Clerk of the Court and electronically served on all counsel of record via the Court' s ECF E-Filing Service System on this 21st day of April, 2020.

/s/ Richard A. Aguilar

2707483.1