UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E.N. BISSO & SON, INC., *et al.* | * CIVIL ACTION NO. 2:19-cv-14765 |
| Plaintiffs, | * SECTION "D" |
| VERSUS | * DIVISION "3" |
| M/V BOUCHARD GIRLS, her tackle, furniture, apparel, appurtenances, *etc. in rem* & BOUCHARD TRANSPORTATION CO., INC. *in personam*, | * JUDGE WENDY B. VITTER |
| | * MAGISTRATE DANA DOUGLAS |
| Defendants. | * |

*********************************************

### MOTION OF WELLS FARGO BANK, N.A. FOR SUMMARY JUDGMENT ENFORCING PREFERRED SHIP MORTGAGES

NOW INTO COURT, through undersigned counsel, comes Wells Fargo Bank, N.A. ("**Wells Fargo**"), which respectfully represents that there is no material factual dispute that Bouchard Transportation Co., Inc. ("**Bouchard**"), as borrower, and, in turn, Tug Bouchard Girls Corp. and B. No. 295 Corp., as guarantors, are in default under the terms and conditions of the loan documents that evidence the obligations owed by, among others, Bouchard, Tug Bouchard Girls Corp. and B. No. 295 Corp. to Well Fargo (the "**Loan Documents**"), including, without limitation, the preferred ship mortgages granted to Wells Fargo by Tug Bouchard Girls Corp. and B. No. 295 Corp. (the "**Mortgages**") against the M/V BOUCHARD GIRLS, Official Number 955450, and the Barge B NO. 295, Official Number 955449 (collectively, the "**Vessels**") that secure the obligations owed by, among others, Bouchard, Tug Bouchard Girls Corp. and B. No. 295 Corp. to Wells Fargo, all as explained in the following:

        (a)    the accompanying (i) Memorandum In Support of Motion of Wells Fargo Bank, N.A., For Summary Judgment Enforcing Preferred Ship Mortgages, (ii) Statement of

Uncontested Material Facts, and (iii) Declaration of Constantin E. Chepurny and the exhibits thereto; and

(b) the Verified Complaint-In-Intervention by Wells Fargo Bank, N.A. (ECF 41) and the exhibits thereto filed in the captioned case (the "**Verified Complaint**").

Additionally, no material factual dispute exists as to the validity and enforceability of the Mortgages or the amounts secured by the Mortgages. Therefore, as a matter of law, Wells Fargo is entitled all of the relief prayed for in the Verified Complaint.

**WHEREFORE**, Wells Fargo prays that:

A. The Mortgages be declared to be valid and subsisting liens upon the Vessels, their engines, tackle, apparel, etc., and all other equipment and necessaries belonging and appurtenant thereto, which to the extent permitted by applicable law is prior and superior to the interest, liens or claims of any and all persons, firms or corporations whatsoever; and

B. Judgment be issued against the Vessels, *in rem*, in the full amount owed by Bouchard, Tug Bouchard Girls Corp. and B. No. 295 Corp. under the Loan Documents (including, without limitation, the Mortgages) and any other agreements related thereto, plus all accrued interest, charges, costs and attorneys' fees, as well as any and all other amounts required to be paid by Bouchard, Tug Bouchard Girls Corp. and B. No. 295 Corp. to Wells Fargo under the Loan Documents, including, without limitation, the Mortgages, and any other agreements related thereto.

C. Wells Fargo reserves its right to proceed against Bouchard, Tug Bouchard Girls Corp. and B. No. 295 Corp., and any other party to the Loan Documents and/or any guaranty associated therewith, for any deficiency that may remain due after applying the available proceeds

of the sale of the Vessels to obligations owed to Wells Fargo under the Loan Documents, and that Wells Fargo have such other and further relief as in law and justice it may be entitled to recover.

Respectfully submitted,

*/s/ Richard A. Aguilar*
RICHARD A. AGUILAR (La. Bar No. 17439) TA
BENJAMIN O. SCHUPP (La. Bar No. 21074)
ADAM C. McNEIL (La. Bar No. 27001)
McGLINCHEY STAFFORD, PLLC
601 Poydras Street – 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200
Facsimile (504) 324-0965
raguilar@mcglinchey.com
bschupp@mcglinchey.com
amcneil@mcglinchey.com

ATTORNEYS FOR INTERVENOR,
WELLS FARGO BANK, N.A.


MICHAEL B. TAYLOR (TX Bar No. 24102560)
J. JAMES COOPER (TX Bar No. 04780010)
REED SMITH LLP
Suite 1700
811 Main Street
Houston, TX 77002-6110
Telephone (713) 469-3800
Facsimile (713) 469-3899
btaylor@reedsmith.com
jcooper@reedsmith.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing pleading was e-filed with the Clerk of the Court and electronically served on all counsel of record via the Court's ECF E-Filing Service System on this 18th day of May, 2020.

>*/s/ Richard A. Aguilar*
>Richard A. Aguilar