UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E.N. BISSO & SON, INC., *et al.* | *   CIVIL ACTION NO. 2:19-cv-14765 |
| Plaintiffs, | *   SECTION "D" |
| VERSUS | *   DIVISION "3" |
| M/V BOUCHARD GIRLS, her tackle, furniture, apparel, appurtenances, *etc. in rem* & BOUCHARD TRANSPORTATION CO., INC. *in personam*, | *   JUDGE WENDY B. VITTER<br>*   MAGISTRATE DANA DOUGLAS |
| Defendants. | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### EX PARTE MOTION AUTHORIZING THE ISSUANCE OF WARRANT FOR RULE C MARITIME ARREST

**NOW INTO COURT,** through undersigned counsel, comes Wells Fargo Bank, N.A. ("**Wells Fargo**"), which hereby requests that this Honorable Court review its previously filed Verified Complaint in Intervention (the "**Verified Complaint**") with leave of Court on April 20, 2020 (ECF 41) and supporting papers filed herein, and authorize the issuance of a warrant of vessel arrest by the Clerk of the United States District Court for the Eastern District of Louisiana to arrest the M/V BOUCHARD GIRLS, (Official No. 955450), and the Barge B NO. 295 (Official Number 955449), their engines, tackle, apparel, boilers, equipment and appurtenances, etc. (collectively, the "**Vessels**") as soon as practicable, and to detain the same in custody until further order of this Court.

As more fully detailed in Wells Fargo's Verified Complaint, Wells Fargo holds first preferred mortgages (the "**Mortgages**") over the Vessels dated February 5, 2015, which were recorded with the National Vessel Documentation Center on February 9, 2015 at Batch No.

1

25350400, Doc. ID No. 7 for the Bouchard Girls Mortgage and at Batch 25350400, Doc. Id No. 6 for the Barge B NO. 295 Mortgage.  The Mortgages were filed with the United States Coast Guard, National Vessel Documentation Center, on February 5, 2015. A true and correct copy of the Mortgages and their corresponding abstracts of title are attached, respectively, as Exhibits 4 and 5 (ECF 41-5 and ECF 41-6) and Exhibits 6 and 7 (ECF 41-7 and ECF 41-8) to the Verified Complaint.  A Verification attesting to the amount owed by Bouchard Transportation Co., Inc., secured by the Mortgage is also included in the Verified Complaint.

WHEREFORE, Wells Fargo Bank, N.A. respectfully requests that this Court enter an Order directing clerk of court to issue a warrant for the arrest of the M/V BOUCHARD GIRLS and Barge B NO. 295.

Respectfully submitted,

*/s/ Benjamin O. Schupp*
RICHARD A. AGUILAR (La. Bar No. 17439) TA
BENJAMIN O. SCHUPP (La. Bar No. 21074)
ADAM C. McNEIL (La. Bar No. 27001)
McGLINCHEY STAFFORD, PLLC
601 Poydras Street – 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200
Facsimile (504) 324-0965
raguilar@mcglinchey.com
bschupp@mcglinchey.com
amcneil@mcglinchey.com

ATTORNEYS FOR INTERVENOR,
WELLS FARGO BANK, N.A.

>MICHAEL B. TAYLOR (TX Bar No. 24102560)
>J. JAMES COOPER (TX Bar No. 04780010)
>REED SMITH LLP
>Suite 1700
>811 Main Street
>Houston, TX 77002-6110
>Telephone (713) 469-3800
>Facsimile (713) 469-3899
>btaylor@reedsmith.com
>jcooper@reedsmith.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was e-filed with the Clerk of the Court and electronically served on all counsel of record via the Court's ECF E-Filing Service System on this 20th day of May, 2020.

>*/s/ Benjamin O. Schupp*
>BENJAMIN O. SCHUPP