# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **E. N. BISSO & SON, INC.** | * **CIVIL ACTION** |
| **VERSUS** | * **NO. 19-cv-14765** |
| **M/V BOUCHARD GIRLS, her tackle, Furniture, apparel, appurtenances,** *etc. in rem*, **and the Barge B. NO. 295, her tackle, Furniture, apparel, appurtenances,** *etc. in rem* **and BOUCHARD TRANSPORTATION CO., INC.** *in personam* | * **SECTION ""D" (3)** <br><br> * **JUDGE VITTER** <br><br> * **MAGISTRATE DOUGLAS** |

## AFFIDAVIT/CERTIFICATE OF SERVICE

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

ROBERT H. MURPHY

who, after being duly sworn, did depose and say that:

1.      He is counsel of record for the Defendants in this civil action, Bouchard Transportation Co., Inc., *in personam,* Tug BOUCHARD GIRLS Corp., as owner of the M/V BOUCHARD GIRLS, *in rem*, making a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, and B. No. 295 Corp., as owner of the Barge B No. 295, *in rem*, making a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

1

2.      That he certifies he notified the Defendants through their representative, Morton

S. Bouchard III, by email at MSB111@bouchardtransport.com  on June 10, 2020 that Robert H.

Murphy and Timothy D. DePaula and Murphy, Rogers, Sloss, Gambel & Tompkins (collectively

"Murphy Rogers"), counsel of record for the Defendants,  intended to withdraw as counsel of

record for the Defendants in this litigation for reasons Murphy Rogers maintains are consistent

with the Louisiana Rules of Professional Conduct Rule 1.16(b).

3.      That he certifies he complied with Local Rule 83.2.11 of the Eastern District of

Louisiana by providing notice in writing of Murphy Rogers' withdrawal as counsel of record to

Defendants by letter dated June 10, 2020 sent via Certified Mail, with Return Receipt Requested,

addressed to 58 South Service Road, Ste. 150, Melville, NY  11757, and this letter also was

attached to an email sent to the Defendants' representative, Mr. Bouchard, on June 11, 2020 at

the following address:MSB111@bouchardtransport.com.  The telephone number for the

Defendants is (516) 721-7522.

4. That he further certifies that the June 10, 2020 letter, which was sent to the

Defendants' representative by Certified Mail and by email on June 11, 2020, listed the upcoming

Court deadlines and attached a copy of the Court's March 20,2020 Scheduling Order, the Court's

June 9, 2020 Order on various Wells Fargo Motions, and Murphy Rogers'  Ex Parte Motion To

Withdraw As Counsel Of Record and Order

5.      That all counsel of record have been notified of the foregoing matters pursuant to

the Court's CM/ECF system.

2

New Orleans, Louisiana, this 11th day of June 2020.

_____
ROBERT H. MURPHY

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 11th DAY OF
JUNE, 2020.

_____
NOTARY PUBLIC (La. Bar No. 17142)

PETER B. SLOSS

Peter B. Sloss
Attorney at Law & Notary Public
Parish of Jefferson, State of Louisiana
Louisiana Bar Roll No. 17142
Notarial Commission is for Life

3