UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **E. N. BISSO & SON, INC.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 19-cv-14765** |
| **M/V BOUCHARD GIRLS,** her tackle, | * | **SECTION ""D" (3)** |
| Furniture, apparel, appurtenances, *etc. in rem*, and the Barge B. NO. 295, her tackle, | * | **JUDGE VITTER** |
| Furniture, apparel, appurtenances, *etc. in rem* and **BOUCHARD TRANSPORTATION CO., INC.** *in personam* | * | **MAGISTRATE DOUGLAS** |

### MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** come Tug BOUCHARD GIRLS Corp., as owner of the M/V BOUCHARD GIRLS, *in rem*, making a restricted appearance pursuant to Rule E(8) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, and B. No. 295 Corp., as owner of the Barge B No. 295, *in rem*, making a restricted appearance pursuant to Rule E(8) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, through undersigned counsel, and request an extension of the deadline to respond to Wells Fargo Bank, N.A.'s Motion for Summary Judgment, for the reasons set forth in the attached memorandum.

1

Respectfully submitted,

MURPHY, ROGERS, SLOSS,
 GAMBEL & TOMPKINS **

*/s/ Robert H. Murphy*

---

Robert H. Murphy (#9850)
rmurphy@mrsnola.com
Timothy D. DePaula (#31699)
tdepaula@mrsnola.com
701 Poydras Street
Suite 400, Hancock Whitney Center
New Orleans, LA 70139
Telephone: (504) 523-0400
Facsimile: (504) 523-5574
*Attorneys for Tug BOUCHARD GIRLS Corp. as owner of the M/V BOUCHARD GIRLS, in rem, making a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, and B. No. 295 Corp., as owner of the Barge B. No. 295, in rem, making a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure*

*\*\*Although Murphy Roger has filed a Motion to Withdraw as Counsel of Record for all Defendants in this matter, since that Motion has not yet been granted, Murphy Rogers has filed this Motion at the request of the Defendants.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 15 June 2020, a copy of the foregoing pleading was sent to all counsel of record, either by operation of the Court's CM/ECF system, by hand, by e-mail, by telefax or by placing same in the United States mail, properly addressed, and first class postage prepaid.

/s/ *Robert H. Murphy*
_____
Robert H. Murphy

4831-3616-7615, v. 1