UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E.N. BISSO & SON, INC., *et al.* | *  CIVIL ACTION NO. 2:19-cv-14765 |
| Plaintiffs, | *  SECTION "D" |
| VERSUS | *  DIVISION "3" |
| M/V BOUCHARD GIRLS, her tackle, furniture, apparel, appurtenances, *etc. in rem* & BOUCHARD TRANSPORTATION CO., INC. *in personam*, | *  JUDGE WENDY B. VITTER  <br> *  MAGISTRATE DANA DOUGLAS |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## WELLS FARGO BANK, N.A.'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM TO OPPOSITIONS TO MOTION FOR SUMMARY JUDGMENT

Plaintiff-Intervenor, Wells Fargo, N.A. ("**Wells Fargo**"), respectfully moves this Court for leave to file a reply memorandum in response to the oppositions to motion for summary judgment (the "**Oppositions**") filed by E.N. Bisso & Son, Inc. ("**Bisso**"), Boland Marine & Industrial, LLC ("**Boland**") and M/V BOUCHARD GIRLS and Barge B NO. 295 (the "**Vessels**").

Wells Fargo previously moved to file a reply memorandum on Jne 1, 2020. (ECF 71). This motion was denied by the Court on June 9, 2020 "with the opportunity to re-urge the motion on Friday June 19, 2020…." (ECF 73). For the reasons more fully set forth in the attached memorandum, Wells Fargo seeks leave to file the annexed reply memorandum (in lieu of the one sought to be filed on June 1, 2020) based on intervening events, including the arrest of the Vessels by Wells Fargo (See Exhibit A to reply memorandum) and Bisso's filing of an additional memorandum in opposition to Wells Fargo's motion for summary judgment. (ECF 79). Wells Fargo intends also to address the legal authorities, rarely used equitable doctrines and factual

2767546.1

allegations made in the original Oppositions filed by Bisso, Boland and the Vessels. (ECF 66, 69 and 70).

Respectfully submitted,

*/s/ Benjamin O. Schupp*
RICHARD A. AGUILAR (La. Bar No. 17439) TA
BENJAMIN O. SCHUPP (La. Bar No. 21074)
ADAM C. McNEIL (La. Bar No. 27001)
McGLINCHEY STAFFORD, PLLC
601 Poydras Street – 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200
Facsimile (504) 324-0965
raguilar@mcglinchey.com
bschupp@mcglinchey.com
amcneil@mcglinchey.com

ATTORNEYS FOR INTERVENOR,
WELLS FARGO BANK, N.A.

MICHAEL B. TAYLOR (TX Bar No. 24102560)
Admitted *pro hac vice*
J. JAMES COOPER (TX Bar No. 04780010)
Admitted *pro hac vice*
REED SMITH LLP
Suite 1700
811 Main Street
Houston, TX 77002-6110
Telephone (713) 469-3800
Facsimile (713) 469-3899
btaylor@reedsmith.com
jcooper@reedsmith.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was e-filed with the Clerk of the Court and electronically served on all counsel of record via the Court's ECF E-Filing Service System on this 19th day of June, 2020.

                                        */s/ Benjamin O. Schupp*
                                        BENJAMIN O. SCHUPP