# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E.N. BISSO & SON, INC., *et al.* | * CIVIL ACTION NO. 2:19-cv-14765 |
| Plaintiffs, | * SECTION "D" |
| VERSUS | * DIVISION "3" |
| M/V BOUCHARD GIRLS, her tackle, furniture, apparel, appurtenances, *etc. in rem* & BOUCHARD TRANSPORTATION CO., INC. *in personam*, | * JUDGE WENDY B. VITTER<br>* MAGISTRATE DANA DOUGLAS |
| Defendants. | * |

**********************************************

## WELLS FARGO'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY MEMORANDUM TO OPPOSITIONS TO SUMMARY JUDGMENT

Plaintiff-Intervenor, Wells Fargo, N.A. ("**Wells Fargo**") files this memorandum in support of its motion for leave to file a reply memorandum in response to the oppositions to motion for summary judgment filed by E.N. Bisso &Sons, Inc. ("**Bisso**"), Boland Marine & Industrial, LLC ("**Boland**") and M/V BOUCHARD GIRLS and Barge B NO. 295 (the "**Vessels**").

On May 18, 2020 Wells Fargo filed its motion for summary judgment seeking recognition of the validity of its first preferred ship mortgages (the "**Mortgages**") on the Vessels and its entitlement to a judgment *in rem* against the Vessels for the debt secured by the Mortgages. Bisso, Boland and the Vessels filed oppositions to Wells Fargo's motion for summary judgment. (ECF 66, 69 and 70) between May 24, 2020 and May 27, 2020. Wells Fargo previously moved to file a reply memorandum on June 1, 2020. (ECF 71). This motion was denied by the Court on June 9, 2020 "with the opportunity to re-urge the motion on Friday June 19, 2020…." (ECF 73). Since the filing of Wells Fargo's original motion for leave to file reply memorandum, the Court has granted Wells Fargo's motion to arrest (ECF 73), the Vessels have been re-arrested by Wells Fargo

2767556.1

(see service return annexed hereto as Exhibit A) and Bisso has filed an additional memorandum in opposition to the summary judgment motion (ECF 79), and the Vessels have moved for an extension of time to respond to the summary judgment motion. (ECF 80). Wells Fargo seeks leave to file the annexed reply memorandum based on these intervening events (in lieu of the reply memorandum filed in connection with its prior motion for leave—ECF 71), and to address the various ranking, jurisdictional, procedural, equitable subordination and marshaling arguments made in the original oppositions filed by Bisso, Boland and the Vessels and to address the new *custodia legis* allegations made in Bisso's most recent opposition.

These oppositions are mere distractions to a simple foreclosure of Mortgages based on an uncontested debt and we urge the Court to allow us to file the annexed reply memorandum addressing each of the issues raised by Bisso, Boland and the Vessels.

For the foregoing reasons, Wells Fargo's Motion for Leave to File Reply Memorandum should be granted.

                              Respectfully submitted,

                              */s/ Benjamin O. Schupp*
                              RICHARD A. AGUILAR (La. Bar No. 17439) TA
                              BENJAMIN O. SCHUPP (La. Bar No. 21074)
                              ADAM C. McNEIL (La. Bar No. 27001)
                              McGLINCHEY STAFFORD, PLLC
                              601 Poydras Street – 12th Floor
                              New Orleans, Louisiana 70130
                              Telephone (504) 586-1200
                              Facsimile (504) 324-0965
                              raguilar@mcglinchey.com
                              bschupp@mcglinchey.com
                              amcneil@mcglinchey.com

                              ATTORNEYS FOR INTERVENOR,
                              WELLS FARGO BANK, N.A.

2767556.1

        MICHAEL B. TAYLOR (TX Bar No. 24102560)
        Admitted *pro hac vice*
        J. JAMES COOPER (TX Bar No. 04780010)
        Admitted *pro hac vice*
        REED SMITH LLP
        Suite 1700
        811 Main Street
        Houston, TX 77002-6110
        Telephone (713) 469-3800
        Facsimile (713) 469-3899
        btaylor@reedsmith.com
        jcooper@reedsmith.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing pleading was e-filed with the Clerk of the Court and electronically served on all counsel of record via the Court's ECF E-Filing Service System on this 19th day of June, 2020.

                */s/ Benjamin O. Schupp*

2767556.1