UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E.N. BISSO & SON, INC. | CIVIL ACTION |
| VERSUS | NO. 19-14765-WBV-DMD |
| BOUCHARD GIRLS M/V, her tackle furniture, apparel, appurtenances, etc., *in rem*, ET AL. | SECTION D(3) |

# ORDER

Considering the *Ex Parte* Motion to Withdraw as Counsel of Record (R. Doc. 77), filed by Robert H. Murphy and Timothy D. DePaula and the law firm of Murphy, Rogers, Sloss, Gambel & Tompkins, who seek to withdraw as counsel for Defendants, Bouchard Transportation Co., Inc., in personam, Tug BOUCHARD GIRLS Corp., as owner of the M/V BOUCHARD GIRLS, *in rem*, and B. No. 295 Corp., as owner of the Barge B No. 295, *in rem*;

IT IS HEREBY ORDERED that the motion (R. Doc. 77) is GRANTED;

IT IS FURTHER ORDERED that Defendants are granted until July 20, 2020, to enroll new counsel. Defendant corporations are advised that a corporate entity must have counsel to represent its interests in federal court litigation if it wishes to proceed further in this action. *Southwest Express Co., Inc. v. Interstate Commerce Commission*, 670 F.2d 53 (5th Cir. 1982) (corporations must be represented by counsel to properly appear in an action).

New Orleans, Louisiana, June 19, 2020.

                                                                                         _____  
                                                                                         **WENDY B. VITTER**  
                                                                                         **United States District Judge**