UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E.N. BISSO & SON, INC.<br>                              Plaintiff,<br><br>VERSUS<br><br>M/V BOURCHARD GIRLS, *in rem*, the<br>Barge B. No. 295, *in rem*, and BOUCHARD<br>TRANSPORTATION CO., INC.*, in*<br>*personam*<br>                              Defendants. | CIVIL ACTION NO. 2:19-CV-14765<br><br>SECTION "D" – DIVISION 3<br><br>JUDGE WENDY B. VITTER<br>MAGISTRATE JUDGE DANA M.<br>DOUGLAS |

## *EX PARTE* MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Joshua S. Force, Kevin M. McGlone, Tyler M. Deagano and Josie N. Serigne and the law firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. (collectively "Sher Garner") to respectfully move this Honorable Court to issue an order permitting them to withdraw as counsel of record for Defendants BOUCHARD TRANSPORTATION CO., INC., *in personam*; TUG BOUCHARD GIRLS CORP., as owner of the M/V BOUCHARD GIRLS, *in rem*, making a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure; and B. NO. 295 CORP., as owner of the Barge B No. 295, *in rem*,  making a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, (collectively "Defendants") based upon the following:

1.

Sher Garner has notified the Defendants, in writing, on August 28, 2020, via Certified Mail with Return Receipt, regular U.S. Mail, and email, to their representative Morton S. Bouchard III,

of their intention to withdraw as counsel of record for the Defendants in this litigation for reasons Sher Garner maintains are consistent with the Louisiana Rules of Professional Conduct Rule 1.16(b).

2.

The present mailing address of each of the Defendants is 58 South Service Road, 150 Melville, NY  11757 and their phone number is (516) 721-7522.  The email address of the corporate representative of each Defendant is MSBIII@bouchardtransport.com.

3.

Sher Garner certifies that it has complied with Local Rule 83.2.11 by providing notice, in writing, of its withdrawal to the Defendants and has notified them of all pending court appearances and deadlines.

4.

Based upon the foregoing, Sher Garner maintains that good cause exists for this Honorable Court to grant this motion and allow Joshua S. Force, Kevin M. McGlone, Tyler M. Deagano and Josie N. Serigne and the law firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. to withdraw as counsel of record in this litigation for the Defendants BOUCHARD TRANSPORTATION CO., INC., *in personam*; TUG BOUCHARD GIRLS CORP., as owner of the M/V BOUCHARD GIRLS, *in rem*, making a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure; and B. NO. 295 CORP., as owner of the Barge B No. 295, *in rem*,  making a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

Respectfully submitted,


 /s/ Joshua S. Force
JOSHUA S. FORCE (# 21975)
KEVIN M. MCGLONE (# 28145)
TYLER M. DEAGANO (# 38183)
JOSIE N. SERIGNE (# 38588)
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana  70112
Telephone:        (504) 299-2100
Facsimile:        (504) 299-2300
E-mail:     jforce@shergarner.com
              kmcglone@shergarner.com
              tdeagano@shergarner.com
              jserigne@shergarner.com

Attorneys for Defendants
BOUCHARD TRANSPORTATION CO., INC., *in
personam*; TUG BOUCHARD GIRLS CORP., as owner
of the M/V BOUCHARD GIRLS, *in rem*, making a
restricted appearance pursuant to Rule E(8) of the
Supplemental Rules for Admiralty or Maritime Claims
and Asset Forfeiture Actions of the Federal Rules of
Civil Procedure; and B. NO. 295 CORP., as owner of the
Barge B No. 295, *in rem*, making a restricted appearance
pursuant to Rule E(8) of the Supplemental Rules for
Admiralty or Maritime Claims and Asset Forfeiture
Actions of the Federal Rules of Civil Procedure

3